■ LYNNE PERRY-BOTTINGER, Appellant, v ERWIN BOTTINGER, Respondent. FREDERIC P. SCHNEIDER, Nonparty Respondent. [893 NYS2d 14]—

The record supports the claim of the attorney for the children that the professional opinion he formed as to the impairment of the children, which reflected his unfavorable judgment of plaintiff's character and influence, was a result of his interactions with the parties during the course of his representation

and his consideration of the conclusions in the forensic report and proof of plaintiff's conduct. His advocacy of the children's best interests based on that opinion was a proper exercise of his authority and does not form a basis for his disqualification (*see Matter of Carballeira v Shumway*, 273 AD2d 753 [2000], *lv denied* 95 NY2d 764 [2000]). We reject plaintiff's contention that the attorney was impermissibly biased against her.

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Mazzarelli, J.P., Catterson, Moskowitz, Richter and Manzanet-Daniels, JJ.